■ RUTH SIEGEL v. SAMUEL W. SIEGEL.— Motion granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 28, 1959, with notice of argument for June 9, 1959, said appeals to be argued or submitted when reached. The papers on appeal from both orders may be included in one appeal book, without duplication of printing. Concur— Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.